**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2456

RON METCALF; CLAUDIA METCALF, Legal Guardians for other D.J.M.,

Plaintiffs - Appellants,

v.

GRAHAM COUNTY, harbor for D.S.S., in their Individual and Official Capacities; SWAIN COUNTY, harbor for D.S.S., in their Individual and Official Capacities; KIM CARPENTER, Attorney, in her Individual and Official Capacities; SUSAN CALL, in her Individual and Official Capacities,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Asheville. Martin K. Reidinger, District Judge. (1:18-cv-00274-MR-DLH)

Submitted: March 15, 2019                          Decided: March 26, 2019

Before WILKINSON, KING, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ron David Metcalf, Claudia Metcalf, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ron David Metcalf and Claudia Metcalf appeal the district court's orders dismissing their complaint without prejudice and denying their motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Metcalf v. Graham Cnty.*, No. 1:18-cv-00274-MR-DLH (W.D.N.C. Oct. 10 & Nov. 15, 2018). We deny the Metcalfs' motions for various types of relief, including their motions to appoint counsel and for a stay of proceedings, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*